Stephen G. Recordon (SBN 91401)
**RECORDON & RECORDON**
225 Broadway, Suite 1900
San Diego, CA  92101
Phone: (619) 232-1717
Facsimile: (619) 232-5325
Email: sgrecordon@aol.com

Clinton Rooney (SBN 221628)
**ROONEY & LICKEL**
1102 Cesar E Chavez Parkway
San Diego, CA 92113
Tel: (619) 573-9547
Email: rooneycdi@gmail.com

Matthew B. Butler (SBN 201781)
Tracy J. Jones (SBN 263632)
**NICHOLAS & BUTLER, LLP**
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: mbutler@nblaw.org
        tjones@nblaw.org

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MARTINEZ, an individual, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CACH, LLC, a Colorado Limited Liability Company; SQUARETWO FINANCIAL COMMERCIAL FUNDING CORPORATION, a Delaware Corporation, and DOES 2 through 25 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.:  10CV1625-DMS-MDD<br><br>**NOTICE OF SETTLEMENT OF ACTION.** |

/ / /

/ / /

/ / /

/ / /

/ / /

PLEASE TAKE NOTICE THAT by and through counsel for Plaintiff Jesus Martinez, Defendant CACH, LLC, and SquareTwo Financial Commercial Funding Corporation have come to a settlement of this action.  Parties agree and stipulate to this notice to the Court by signature below.

Respectfully submitted,

DATED: May 3, 2012          **NICHOLAS & BUTLER, LLP**

_s/ Matthew B. Butler_
Matthew B. Butler
Tracy J. Jones

Attorneys for Plaintiff Jesus Martinez

DATED: May 3, 2012          **RECORDON & RECORDON**

_s/ Stephen G. Recordon_
Stephen G. Recordon

Attorneys for Plaintiff Jesus Martinez

DATED: May 3, 2012          **ROONEY & LICKEL**

_s/ Clinton Rooney_
Clinton Rooney

Attorneys for Plaintiff Jesus Martinez

DATED: May 3, 2012          **LAW OFFICES OF TIMOTHY P. JOHNSON**

_s/ Timothy P. Johnson_
Timothy P. Johnson

Attorney for Defendant CACH, LLC

DATED: May 3, 2012          **HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP**

_s/ Dara M. Tang_
Stephen A. Scott
Dara M. Tang

Attorneys for Defendant Square Two Financial Commercial Funding Corporation