TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

Manuel H. Newburger, pro hac vice
BARRON & NEWBURGER, PC
1212 Guadalupe, Suite 104
Austin, TX 78701
Telephone: (512) 476-9103
E-Mail: mnewburger@bn-lawyers.com

Attorneys for Defendant CACH, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MARTINEZ, an individual, on behalf of himself and all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>CACH, LLC, a Colorado Limited Liability Company; SQUARETWO FINANCIAL COMMERCIAL FUNDING CORPORATION, a Delaware Corporation, and DOES 2 through 25<br><br>　　Defendant. | Case No.  10 CV 01625 DMS MDD<br><br>**JOINT MOTION TO DISMISS ACTION** |

IT BEING HEREBY STIPULATED by and between the parties to this action through their counsel of record that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1) as a result of the settlement of this case, the parties jointly move this court to dismiss this action and all claims asserted therein with prejudice.

Dated: May 18, 2012

**NICHOLAS & BUTLER, LLP**

By: __/s/ Matthew B. Butler__
Matthew B. Butler
Attorneys for Plaintiff JESUS MARTINEZ

Dated: May 18, 2012

**RECORDON & RECORDON**

By: __/s/ Stephen G. Recordon__
Stephen G. Recordon
Attorneys for Plaintiff JESUS MARTINEZ

Dated: May 18, 2012

**ROONEY & LICKEL**

By: __/s/ Clinton Rooney__
Clinton Rooney
Attorneys for Plaintiff JESUS MARTINEZ

Dated: May 18, 2012

**HAYES SCOTT BONINO ELLINGSON & McLAY, LLP**

By: __/s/ Stephen A. Scott__
Stephen A. Scott
Attorneys for Defendant SQUARETWO FINANCIAL COMMERCIAL FUNDING CORPORATION

Dated: May 18, 2012

**LAW OFFICES OF TIMOTHY P. JOHNSON**

By: _____/s/Timothy Johnson_____
      Attorneys for Defendant CACH, LLC

*Martinez v. CACH, LLC*
**USDC Case No. 10 CV 01625 DMS MDD**

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1970 Old Tustin Avenue, Second Floor, Santa Ana, California 92705.

On May 22, 2012, I served a true copy of **JOINT MOTION TO DISMISS ACTION** on all interested parties in this action by:

[ ]  By personally delivering it to the person(s) indicated below in the manner as provided in FRCP 5(B);

[ ]  By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

[ ]  By overnight delivery using an envelope or package provided by the overnight service carrier and addressed to the following:

[X]  By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

Stephen G. Recordon, Esq.
RECORDON & RECORDON
225 Broadway, Suite 1900
San Diego, CA 92101

Clinton Rooney, Esq.
ROONEY & LICKEL
1102 Cesar E. Chavez Parkway
San Diego, CA 92113

Mathew B. Butler, Esq.
NICHOLAS & BUTLER, LLP
225 Broadway, 19th Floor
San Diego, CA 92101

Stephen A. Scott, Esq.
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on May 22, 2012, at Santa Ana, California.

/s/Timothy Johnson
TIMOTHY P. JOHNSON
Attorneys for Defendant CACH, LLC